AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| | ) Case No. CR-18-0549-002-TUC-CKJ (LAB) |
| Benito Barrios-Maldonado | ) |
| *Defendant* | ) |

**RECEIVED U.S. MARSHALS SERVICE 2018 APR -6 PM 2: 49 DISTRICT OF ARIZONA TUCSON OFFICE**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Benito Barrios-Maldonado

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to Possess with Intent to Distribute Methamphetamine, 21:841(a)(1) and 841(b)(1)(A)(viii) Possession with Intent to Distribute Methamphetamine; 18:2 Aiding and Abetting

Date:   04/05/2018

*Issuing officer's signature*

City and state:   Tucson, AZ

M. F. Rodriguez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4/6/18, and the person was arrested on *(date)* 8/12/25
at *(city and state)* Phoenix, AZ

Date: 8/13/25

Subject arrested by USMS and initialed on 8/14/25 in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*