**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,           )
                                    )
            Plaintiff,              )
                                    )        No.  CR 18-549-TUC-CKJ
vs.                                 )
                                    )
Benito Barrios-Maldonado,           )              **ORDER**
                                    )
            Defendant.              )
_____)

Pending before the Court is the Motion to Extend the Deadline for Discovery, Disclosure & Notice/Request (Doc. 277) filed by Defendant Benito Barrios-Maldonado ("Barrios-Maldonado").  The Motion requests an extension of the disclosure deadline "for a period of 60 days and that all deadlines be extended."  Motion (Doc. 277, p. 2).  The Motion is unopposed.

The case is presently set for trial on September 1, 2026.  Barrios-Maldonado filed the motion to extend and, for the reasons set forth therein, additional time is required to adequately prepare for trial.  The motion is unopposed.  The Court finds the ends of justice served by granting a continuance outweigh the best interests of the public and Barrios-Maldonado in a speedy trial because, for the reasons set forth in the motion, failure to grant the continuance is likely to result in a miscarriage of justice if Barrios-Maldonado is required to go to trial on the present trial date.  The Court has reviewed and considered the Motion and finds it appropriate to grant the motion.

Accordingly, IT IS ORDERED:

1. The Motion (Doc. 277) is GRANTED.

2. The date by which the referred magistrate judge hears the change of plea must be no later than October 16, 2026, by 3:00 p.m.    The Court has the discretion to reject any plea entered into post-deadline, except a plea to the indictment.

3. **This matter is RESET for trial on November 3, 2026, at 9:30 a.m.  Counsel shall be present at 9:00 a.m.**

4. The **discovery/disclosure/notice/request deadline** is **Friday, August 28, 2026**.

5. The **pretrial motions deadline** is **Friday, September 11, 2026**.

6. **Any motion or stipulation to continue the scheduled trial date and change of plea deadline shall be filed with the Clerk of the Court no later than 5:00 p.m. on Monday, October 19, 2026.  Alternatively, by that same deadline, if after consultation between the Government and defense counsel it is determined that a motion to continue the scheduled trial date and change of plea deadline will not be filed, counsel for the Government shall notify the Court by email to the chambers email address that the case and counsel are ready to proceed to trial. The notification shall also include the estimated number of trial days needed to complete the trial. A Status Conference will be scheduled.**

7. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on September 2, 2026, and end on November 3, 2026. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

8. Any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

9. Any and all other provisions in the June 12, 2026, Scheduling Order and Order Continuing Plea Deadline and Trial shall remain in full force and effect.

DATED this 30th day of June, 2026.

_____
Cindy K. Jorgenson
United States District Judge